FILED: July 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1981
(21-10765)
(21-00056)

_____

In re: CLEARY PACKAGING, LLC

      Debtor

------------------------------

CANTWELL-CLEARY CO., INC.

      Plaintiff - Appellant

v.

CLEARY PACKAGING, LLC

      Defendant - Appellee

-------------------------------

PUBLIC JUSTICE CENTER; LEGAL AID JUSTICE CENTER; MOUNTAIN STATE JUSTICE; NORTH CAROLINA JUSTICE CENTER; CASA; CENTRO DE LOS DERECHOS DEL MIGRANTE; NATIONAL BLACK WORKER CENTER; NATIONAL EMPLOYMENT LAW PROJECT; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; UNITED STATES OF AMERICA

      Amici Supporting Appellant

NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES

Amicus Supporting Rehearing Petition

_____

M A N D A T E

_____

The judgment of this court, entered June 07, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*